# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Songying L.,                                                              Case No. 21-CV-0403 (DSD/ECW)

                 Petitioner,

v.                                                                     **ORDER**

Monty Wilkinson, Acting U.S. Attorney
General; Alejandro Mayorkas, Secretary,
Department of Homeland Security; Tae D.
Johnson, Acting Director, Immigration
and Customs Enforcement; Marcos
Charles, Director, St. Paul Field Office,
Immigration and Customs Enforcement;
and Joel Brott, Sheriff, Sherburne County,

                 Respondents.

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Songying L. within 20 days of this order certifying the true cause and proper duration of Songying L.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Songying L.'s incarceration, in light of the issues raised in the petition;

1

  b.  A reasoned memorandum of law and fact fully stating respondents' legal position on Songying L.'s claims; and

  c.  Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3.  If Songying L. intends to file a reply to respondents' answer, he must do so within 20 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 17, 2021      *s/Elizabeth Cowan Wright*
                   ELIZABETH COWAN WRIGHT
                   United States Magistrate Judge